IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LISA L. YOUNG, | ) | 1:10cv0826 DLB |
| | ) | |
| | ) | ORDER DISMISSING ACTION |
| | ) | WITH PREJUDICE |
| Plaintiff, | ) | |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Pursuant to the parties' stipulation to dismiss filed on December 14, 2010, this action is DISMISSED WITH PREJUDICE. Each party shall bear its own fees, costs and expenses.

IT IS SO ORDERED.

**Dated:   December 14, 2010**               **/s/ Dennis L. Beck**
                                                                                    UNITED STATES MAGISTRATE JUDGE

1